IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT D. LOCKWOOD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:20-cv-522-N (BT) |
| | § | |
| LORIE DAVIS, *Director*, TDCJ-CID | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 10th day of August, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE